Jennie J. Bruckert and Jennie J. Bruckert, Administrator of the Estate of Clarence K. Bruckert, Deceased, Plaintiff-Cross Defendant-Appellee, v. National Home Life Assurance Co., a Corporation, and Citizens Savings and Loan Association of East Alton, a Corporation, Defendants. National Home Life Assurance Co., a Corporation, Defendant-Cross Plaintiff-Appellant.

Gen. No. 10,768. (Abstract of Decision.)

Fourth District.

December 13, 1966.

Roberts & Kepner, of Springfield (Maurice Kepner, of counsel), for appellant; McGrady & Madden, of Gillespie, for appellee. Opinion by JUSTICE SMITH. Not to be published in full.